FILE COPY



# COURT OF APPEALS

SANDEE BRYAN MARION
  CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JASON PULLIAM
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

June 25, 2015

Scott A. Brister
Andrew Kurth, LLP
111 Congress Aven. Suite 1700
Austin, TX 78701

Manuel R. Flores
Flores Saucedo & Chu
5517 McPherson
Laredo, TX 78041

David M. Gunn
Beck Redden, LLP
1221 McKinney Street-suite 4500
Houston, TX 77010

RE:    Court of Appeals Number:    04-13-00213-CV
          Trial Court Case Number:    2012CVQ0001154 D2
          Style:  Mark A. Cantu
                v.
                Guerra & Moore LLP, Carlos Guerra, J. Michael Moore, and David Lumber

Dear Counsel:

The Supreme Court of Texas has this date requested that this court forward the file for the above styled and numbered cause. The petition for review was filed on November 24, 2014. (THE PETITION FOR REVIEW WAS FILED BY SCOTT A. BRISTER). This court shall forward this case as requested. An "EXPRESS FEE" (to cover the cost of forwarding the file) in the amount of $25.00 is needed by July 6, 2015.

Very truly yours,
KEITH E. HOTTLE, CLERK

Luz Estrada
Deputy Clerk, Ext. 53219